NELSON BRIANT, Respondent, *v.* CHARLES J. HOLBROOK, Appellant.

(Argued June 19, 1883; decided June 26, 1883.)

*P. C. Williams* for motion.

*F. N. Fitch* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Application of the LEHIGH VALLEY RAILWAY COMPANY for the appointment of Commissioners to ascertain and determine the points and manner of crossing the tracks and lands of the New York Central and Hudson River Railroad Company in the city of Buffalo.

(Argued June 19, 1883; decided June 29, 1883.)

*Daniel H. McMillan* for appellant.

*George J. Sicard* for respondent.

*Per Curiam.*

"The order is affirmed on the ground that the question of the point of crossing may be tried before the commission and will be subject to review."

All concur, except ANDREWS, J., absent.
Order affirmed.